BOARD OF LICENSE AND EXCISE OF THE CITY OF TREN-
TON, PLAINTIFF IN ERROR, v. WILLIAM H. CLOSSON,
DEFENDANT IN ERROR.

In error to the Supreme Court.

For opinion of Supreme Court, see 19 *Vroom* 438.

For the plaintiff in error, *S. G. Naar* and *W. Y. Johnson.*

For the defendant in error, *James Buchanan.*

PER CURIAM.

We are of opinion that the judgment in this case should be
affirmed for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
KNAPP, MAGIE, PARKER, SCUDDER, VAN SYCKEL, BROWN,
COLE, McGREGOR, PATERSON, WHITAKER.    12.

*For reversal*—None.